CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendants,
Johnny Quik 163 and Brar and Chahal Investments, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| Ronald Dean Moore, | Case No. 1:09-cv-01525-LJO-GSA |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANTS AND ORDER |
| Johnny Quik 163, Brar and Chahal Investments, Inc., and Does 1-10, | |
| Defendants. | |

WHEREAS, Defendants, Johnny Quik 163 and Brar and Chahal Investments, Inc. and Plaintiff, Ronald Dean Moore have settled all claims between them, Defendants and Plaintiff through their undersigned counsel hereby stipulate that all claims against Defendants, Johnny Quik 163 and Brar and Chahal Investments, Inc. be dismissed with prejudice.

IT IS SO STIPULATED.

Dated:  January 7, 2010                                     VAUGHAN & ASSOCIATES

By:  /s/ Cris C. Vaughan
Attorney for Defendants, Johnny Quik 163;
Brar and Chahal Investments, Inc.

1  Dated:  January 8, 2010                              MOORE LAW FIRM, PC

2

3                                                                    By:     /s/ Tanya E. Moore
                                                                     Tanya E. Moore
4                                                                    Attorneys for Plaintiff, Ronald Dean Moore

5

6

7

8

9                                              **ORDER**

10         IT IS SO ORDERED.

11

12  Dated:  January 11, 2010                           __/s/ Lawrence J. O'Neill
                                                                     HONORABLE LAWRENCE J. O'NEILL
13                                                                   JUDGE, U.S. DISTRICT COURT